# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br>VINCENT KIEJZO )<br> )<br> )<br> )<br> )<br>*Defendant(s)* | Case No.<br>20-mj-4237-DHH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 9, 2020 in the county of Worcester in the
_____ District of Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Affidavit of HSI Special Agent Caitlin E. Moynihan, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Caitlin E. Moynihan
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: **Sep 9, 2020**

_____
*Judge's signature*

City and state: Worcester, Massachusetts     US Magistrate Judge David H. Hennessy
*Printed name and title*