# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** HSI | |
| **City** Milford | **Related Case Information:** | | |
| **County** Worcester | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number 20-mj-4234 | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Defendant Name: VINCENT KIEJZO    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) 17 Joan Circle Milford, MA

Birth date (Yr only): 1987   SSN (last4#): 2788   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Kristen M. Noto   Bar Number if applicable: 664531

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** 9-9-20

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/09/2020   Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Vincent Kiejzo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC s 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____