# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-40036-TSH |
| | ) | |
| | ) | |
| VINCENT KIEJZO | ) | |

## DEFENDANT'S NOTICE TO THE COURT

Now comes the Defendant, through undersigned counsel, and submits this notice to inform the court that following the hearing today, the defendant's father, Alexander Kiejzo, realized that there was an additional device in the home, specifically another iPad, which was not specifically discussed at the hearing. The defendant's father immediately brought this to Probation's attention, and Probation instructed him to password protect the device to prevent Mr. Kiejzo's use of it, just as he had done for his other personal devices. The defendant's father followed Probation's instruction to password protect the device, and it remains unavailable for use by the defendant. Counsel has confirmed with the assigned Probation Officer that Probation is aware of the iPad, and confirmed that Probation had so instructed the defendant's father, as outlined above. In an abundance of caution, Mr. Kiejzo's father reports this to the Court, consistent with his duties as third-party custodian in this case, and Mr. Kiejzo submits that he is still in compliance with this court's order of conditions of release.

>Respectfully submitted,
>VINCENT KIEJZO
>By his Attorney,
>*/s/ Sandra Gant*
>Sandra Gant, B.B.O.# 680122
>Assistant Federal Public Defender
>Federal Public Defender Office
>51 Sleeper Street, 5th Floor
>Boston, MA 02210
>Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

   I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 2, 2020.

                   */s/ Sandra Gant*
                   Sandra Gant