UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   Criminal No. 20-40036-TSH<br>VINCENT KIEJZO,   )<br>)<br>            Defendant   )<br>)<br>_____) | |

## NOTICE OF INITIAL STATUS CONFERENCE

October 2, 2020

Hennessy, M.J.

     In this case, Defendant is charged in an indictment with one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).  Defendant was arraigned by videoconference on October 2, 2020 and has elected to proceed under the automatic discovery rules.  Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, November 6, 2020**.  Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Friday, November 13, 2020 at 9:30 a.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  If the parties do not inform the court on or before **Friday, November 6, 2020** that there is no need for an initial status conference, then the parties must appear for the initial status conference by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, November 6, 2020**, counsel shall provide my Courtroom Clerk, Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov), their telephone contact information, which must be a landline telephone.

---

[1] Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a request by counsel.

1

3. <u>ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).  **<u>NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED</u>**</u>.

4. Counsel shall address in their memorandum or at the status conference any issues regarding discovery of electronically stored information.

5. Counsel shall provide an estimate of when they believe this case will be ready to be transferred to District Judge Hillman.

                                                   <u>/ s / David H. Hennessy</u>
                                                   David H. Hennessy
                                                   United States Magistrate Judge