UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT KIEJZO, )<br>)<br>)<br>            Defendant )<br>)<br>_____) | Criminal No. 20-40036-TSH |

**REPORT AFTER INITIAL STATUS CONFERENCE
PURSUANT TO LOCAL RULE 116.5(a)**

November 13, 2020

Hennessy, M.J.

    Defendant is charged in an indictment with one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).  Defendant was arraigned by videoconference on October 2, 2020.  I scheduled an initial status conference for November 13, 2020 in Worcester.  However, prior to the conference, the parties filed a joint memorandum that obviates the need for the conference.  I cancel the conference and report as follows:

    **Local Rule 116.5(a)(1) through (4)**

    The United States reports that it produced automatic and voluntary supplemental discovery on November 12, 2020.  It anticipates producing the results of the forensic analysis of devices seized from Defendant in thirty to forty-five days.  There are no pending discovery requests.  Defendant needs additional time to review discovery to determine whether to serve discovery requests.  The Government has filed a motion for a protective order; the motion is pending.

1

**Local Rule 116.5(a)(5)**

Defendant is directed to report at the Interim Status Conference whether, based on a review of discovery, he will file pretrial motions pursuant to Fed. R. Crim. P. 12(b).

**Local Rule 116.5(a)(6)**

The parties propose that the Government's expert disclosures, if any, be due forty-five (45) days before trial, and that Defendant's expert disclosures, if any, be due twenty-one (21) days before trial. I adopt that proposal.

**Local Rule 116.5(a)(7)**

The Court has excluded the period from October 2, 2020 (the date of Defendant's arraignment), through November 13, 2020 (the date of the Initial Status Conference). The parties further agree that the period from November 13, 2020 through the Interim Status Conference that I have set for January 15, 2021 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that zero days are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Friday, January 15, 2021 at 9:30 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties file a joint memorandum that addresses Local Rule 116.5(b) which obviates the need for the status conference, the Court will waive the status conference. Counsel are encouraged to appear by telephone if that is more convenient. If any counsel wishes to appear by telephone, counsel is to contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number

at which counsel can be reached. The parties are to address in the memorandum or at the interim status conference when they expect this matter can be returned to Judge Hillman.

                                                 / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge