# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-40036-TSH |
| | ) | |
| | ) | |
| VINCENT KIEJZO | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit Attorney Colin Feiman *pro hac vice* to represent defendant, Vincent Kiejzo, as co-counsel to undersigned counsel. Mr. Fieman is admitted to practice and a member in good standing in the state of Washington, as stated in his affidavit, attached hereto.

Respectfully submitted,
VINCENT KIEJZO
By his Attorney,
*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on February 19, 2021.

*/s/ Sandra Gant*
Sandra Gant