JUDGE TIMOTHY S. HILLMAN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>VINCENT KIEJZO,<br><br>   Defendant. | No. CR20-40036-TSH<br><br>NOTICE OF APPEARANCE OF COUNSEL |

  NOTICE IS HEREBY GIVEN that Assistant Federal Public Defender Colin Fieman appears as counsel for Vincent Kiejzo. It is requested that notice of all filings be served upon the undersigned.

  DATED this 26th day of February, 2021.

                Respectfully submitted,

                s/ *Colin Fieman*
                Colin Fieman, WSBA #40412
                Assistant Federal Public Defender
                Attorney for Vincent Kiejzo

                Federal Public Defender Office
                1331 Broadway, Suite 400
                Tacoma, WA  98402
                Phone: (253) 593-6710
                Email:  Colin_Fieman@fd.org

NOTICE OF APPEARANCE
(*United States v. Kiejzo*; CR20-40036-TSH) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**