UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-40036-TSH |
| | ) | |
| | ) | |
| VINCENT KIEJZO | ) | |

**DEFENDANT'S MOTION TO FILE DISCOVERY LETTERS AND GOVERNMENT RESPONSE UNDER SEAL**

Now comes the defendant Vincent Kiejzo and requests that the Court allow the defendant to file his discovery letters submitted to the government on February 16, 2021, and May 3, 2021, and the government's response to his first discovery letter, under seal.

In support of this motion, the defendant states that his request is consistent with ¶5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31].

Respectfully submitted,

VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 25, 2021.

*/s/ Sandra Gant*
Sandra Gant