UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Criminal No. 20-cr-40036-TSH |
| | ) |
| VINCENT KIEJZO, | ) |
| | ) |
| Defendant. | ) |

ASSENTED TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, with the assent of the defendant, moves the Court to exclude the period from the date of the interim status conference, May 28, 2021, through and including the date of the next status conference, currently scheduled for June 24, 2021. The Government and the defendant agree that the period from Kiejzo's first appearance upon his indictment on October 2, 2020 through May 28, 2021 was properly excluded by this Court's prior orders on excludable delay. [D.18, 25, 36, 45].

As grounds for the motion, the parties state that the parties have been and are using the period of the continuance to complete production and review of discovery. Therefore, the Government requests that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The defendant assents to this motion.

Respectfully submitted,

VINCENT KIEJZO,
By his Attorney

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

/s/*Sandra Gant*
Sandra Gant
Assistant Federal Public
Defender
P.O. Box 51268
Boston, MA 02205

By: /s/*Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: May 28, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                       /s/ *Kristen M. Noto*
                                       Kristen M. Noto
                                       Assistant U.S. Attorney

Date: May 28, 2021