UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 20-cr-40036-TSH |
| ) | |
| VINCENT KIEJZO, ) | |
| ) | |
| Defendant. ) | |

ASSENTED TO MOTION TO CONTINUE STATUS HEARING

The United States of America, with the assent of the defendant, requests that the status conference scheduled for June 24, 2021 be cancelled and a further status conference date be set for the week of July 12, 2021. As reasons therefore, the Government is finalizing its response to the defendant's supplemental request for discovery and the anticipates that this continuance will provide sufficient time for the defendant to review the response and file his motions for discovery. The Government further requests that the Court find that the ends of justice are served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defendant is not in custody and, through his counsel, assents to this motion.

Respectfully submitted,

| | |
|---|---|
| VINCENT KIEJZO, | NATHANIEL R. MENDELL |
| By his Attorney | ACTING UNITED STATES ATTORNEY |
| | |
| /s/*Sandra Gant* | |
| Sandra Gant | By:/s/*Kristen M. Noto* |
| Assistant Federal Public Defender | Kristen M. Noto |
| P.O.Box 51268 | Assistant U.S. Attorney |
| Boston, MA 02205 | United States Attorney's Office |
| | 595 Main Street, Suite 206 |
| | Worcester, MA   01608 |

Date: June 17, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                        /s/ *Kristen M. Noto*
                                        Kristen M. Noto
                                        Assistant U.S. Attorney

Date: June 17, 2021