UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 20-cr-40036-TSH |
| | ) |
| VINCENT KIEJZO, | ) |
| | ) |
| Defendant. | ) |

ASSENTED TO MOTION TO FILE DOCUMENTS UNDER SEAL

The United States of America, with the assent of the defendant, moves the Court to allow the Government to file its opposition to the Defendant's Motion to Compel Discovery, and supporting exhibits, under seal. In support of this motion, the Government states that this request is consistent with the protective order issued in this case (D. 31). The defendant, through Attorney Gant, assents to this motion.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

By: /s/Kristen M. Noto
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: August 9, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ Kristen M. Noto
Kristen M. Noto
Assistant U.S. Attorney

Date: August 9, 2021