UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>VINCENT KIEJZO,<br><br>  Defendant. | Case No.   20-CR-40036-TSH |

ASSENTED TO MOTION FOR REDACTED "ORDER ON MOTION FOR DISCOVERY"

The United States Attorney respectfully moves the Court to permit the attached redacted "Order on Motion for Discovery," dated October 4, 2021, be substituted for public viewing. As reasons therefore, the redacted material is covered by the protective order issued on November 13, 2020 . (Docket 31) The defendant, through his attorney, has reviewed the proposed redactions and is in agreement.

ALLOWED David H. Hennessy U.S.M.J.
Oct 12, 2021

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  /s/ *Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608

Date:  10/8/2021