UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>VINCENT KIEJZO,<br><br>　　　　　Defendant. | Case No.   20-CR-40036-TSH |

ASSENTED TO MOTION FOR REDACTED TRANSCRIPT

　　　The United States Attorney respectfully moves the Court to permit the attached redacted transcript of the September 17, 2021 motion hearing be substituted for public viewing. As reasons therefore, the redacted material is covered by the protective order issued on November 13, 2020 . (D 31) The defendant, through his attorney, has reviewed the proposed redactions and is in agreement.

ALLOWED David H. Hennessy U.S.M.J.
Oct 12, 2021

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　NATHANIEL R. MENDELL
　　　　　　　　　　　　　　　　　　　　　　ActingUnited States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ *Kristen M. Noto*　　　　
　　　　　　　　　　　　　　　　　　　　　Kristen M. Noto
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Donohue Federal Building
　　　　　　　　　　　　　　　　　　　　　595 Main Street
　　　　　　　　　　　　　　　　　　　　　Worcester, Massachusetts 01608

Date:  10/8/2021