UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>)<br>VINCENT KIEJZO                         ) | Docket No. 20-cr-40036-TSH |

**DEFENDANT'S MOTION TO FILE REDACTED COPY OF OBJECTION TO DISCOVERY ORDER AND TO FILE SUPPORTING EXHIBITS UNDER SEAL**

Now comes the defendant Vincent Kiejzo and requests that the Court allow the defendant to file a redacted copy on the public docket of his objection to the Magistrate Judge's discovery order, and to file the supporting exhibits under seal.

In support of this motion, the defendant states that his request is consistent with ¶ 5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31]. Pursuant to Local Rule 7.1, counsel attempted to confer with the government prior to filing this motion, but was unable to obtain a response as to their position. Counsel states, however, that this request is consistent with the protective order issued in this case and with the redaction and/or sealing of other related materials.

Respectfully submitted,

VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 18, 2021.

                                                        */s/ Sandra Gant*
                                                        Sandra Gant