# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No. 20-cr-40036-TSH |
| ) | |
| VINCENT KIEJZO ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for Vincent Kiejzo, the Defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Caitlin Jones*
Caitlin Jones
MN ID #: 0397519
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

October 18, 2021

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2021.

*/s/ Caitlin Jones*
Caitlin Jones