UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    v.

Vincent Kiejzo

        Defendant

Case No.: 20-CR-40036-TSH

## JOINT MOTION TO AMEND HEARING SCHEDULE

The United States of America and the defendant Vincent Kiejzo, through their respective counsel, hereby submit this joint request to amend the upcoming hearing schedule. The defendant filed an appeal to the Magistrate Judge Decision on his Motion to Compel Discovery, which has been scheduled for hearing on November 2, 2021. A final status conference is currently scheduled for October 29, 2021. The parties have conferred and agree that the discovery matters should be resolved before the final status conference. Due to the trial schedules of attorneys for the government and defendant, the parties propose that hearing on Defendant's Objection to Discovery Order and Request for Review by District Court Judge (Docket #117) be scheduled for the week of December 13, with the Government's response due two weeks prior. The parties further request that the final status conference be rescheduled until after the hearing before the District Court Judge.

The parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

| | |
|---|---|
| Vincent Kiejzo, | NATHANIEL R. MENDELL, |
| By his Attorney | ACTING UNITED STATES ATTORNEY |
| | |
| /s/*Sandra Gant* | |
| Sandra Gant | By:/s/*Kristen M. Noto* |
| Assistant Federal Public Defender | Kristen M. Noto |
| P.O.Box 51268 | Assistant U.S. Attorney |
| Boston, MA 02205 | United States Attorney's Office |
| | 595 Main Street, Suite 206 |
| | Worcester, MA  01608 |

Date: October 21,2021

---

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

*/s/ Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney

Date: 10/21/2021