UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 20-cr-40036-TSH |
| ) | |
| VINCENT KIEJZO, ) | |
| ) | |
| Defendant. ) | |

ASSENTED TO MOTION TO CONTINUE DISCOVERY MOTION HEARING

The United States of America, with the assent of the defendant, requests that the motion hearing scheduled for December 15, 2021 be rescheduled for a date in early January 2022. The Government requests that the attached statement of reasons be filed under seal. The Government further requests that the Court find that the ends of justice are served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defendant is not in custody and, through his counsel, assents to this motion.

Respectfully submitted,

VINCENT KIEJZO,
By his Attorney

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

/s/*Sandra Gant*
Sandra Gant
Assistant Federal Public Defender
P.O.Box 51268
Boston, MA 02205

By:/s/*Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: December 15, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                         /s/ *Kristen M. Noto*
                                         Kristen M. Noto
                                         Assistant U.S. Attorney

Date: December 15, 2021