UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 20-cr-40036-TSH |
| | ) | |
| VINCENT KIEJZO, | ) | |
| | ) | |
| Defendant. | ) | |

ASSENTED TO MOTION TO CONTINUE DISCOVERY MOTION HEARING

The United States of America, with the assent of the defendant, requests that the motion hearing scheduled for January 13, 2021 be rescheduled until such time as the hearing can be conducted in person. On or about January 5, 2021 the parties were advised that in-person hearings would be temporarily suspended due to the Coronavirus pandemic and the current surge. The parties request an in-person hearing for this motion. The Government further requests that the Court find that the ends of justice are served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). The defendant is not in custody and, through his counsel, assents to this motion.

Respectfully submitted,

RACHAEL ROLLINS
UNITED STATES ATTORNEY

By: /s/Kristen M. Noto
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: January 10, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                    /s/ *Kristen M. Noto*
                                    Kristen M. Noto
                                    Assistant U.S. Attorney

Date: January 10, 2022