UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-40036-TSH |
| | ) | |
| | ) | |
| VINCENT KIEJZO | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE DISCOVERY APPEAL HEARING**

Now comes the defendant, Vincent Kiejzo, and requests that this Honorable Court continue the motion hearing regarding his appeal of the Magistrate Judge's Order on his Discovery Motion presently scheduled for February 18, 2022 to February 24, 2022 or a date convenient to the Court. Undersigned counsel has conferred with Assistant U.S. Attorney Kristen Noto and understands that the government assents to this motion.

As grounds, the defendant states that the parties are concerned about a recent COVID exposure which would put the litigants, the defendant, and court personnel at risk should the in-person hearing be conducted on February 18, 2022, as scheduled. A short continuance is warranted to ensure that the parties can safely appear for this hearing. The defendant agrees to exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. §3161, et seq.

    Respectfully submitted,
    VINCENT KIEJZO

    By his Attorney,

    */s/ Sandra Gant*
    Sandra Gant
    B.B.O.: 680122
    Assistant Federal Public Defender
    Federal Public Defender Office

51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on February 16, 2022.

/s/ Sandra Gant
Sandra Gant