# EXHIBIT I

FD-302 (Rev. 5-8-10)

b7E -5

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   01/24/2017

Preliminary investigation of a TOR Hidden Service known as ▮▮▮▮ was conducted by SA ▮▮▮▮

b6 -1
b7A -1
b7C -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted] *18 (twinks) and younger* [redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

Investigation on 01/13/2017 at [redacted] United States (In Person)

File # [redacted]   Date drafted 01/17/2017

by [redacted]

b6 -1
b7C -1
b7E -5

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(21-cv-1130)-503

FD-340 (Rev. 4-11-03)

**File Number** _____

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** __4__

**Date Received** __1/13/2017__

**From** __SA__ _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

**By** __SA__ _____

To Be Returned ☐ Yes ☒ No
Receipt Given ☐ Yes ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☒ No
Federal Taxpayer Information (FTI)
☐ Yes ☒ No

**Title:**

**Reference:** __Preliminary Investigation of__ _____
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of
1x CD containing screenshots
Warning: Obscene Material

OBSCENE MA[...]

b7E -5
b6 -1
b7C -1
b6 -1
b7C -1
b7E -4