UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>)<br>VINCENT KIEJZO )  | Docket No. 20-cr-40036-TSH |

### DEFENDANT'S MOTION TO FILE EXHIBIT G TO SUPPLEMENTAL MEMORANDUM #140 UNDER SEAL

Now comes the defendant Vincent Kiejzo and requests that the Court permit the defendant to file a redacted copy of Exhibit G to his Supplemental Memorandum (D.E. #140) on the public docket, and to file the full exhibit without redaction under seal.

In support of this motion, the defendant states that this request is consistent with ¶ 5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31]. Pursuant to Local Rule 7.1, counsel attempted to confer with the government prior to filing this motion, but was unable to obtain a response as to their position. Counsel states, however, that this request is consistent with the protective order issued in this case and with the redaction and/or sealing of other related materials.

Respectfully submitted,

VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 1, 2022.

                                                */s/ Sandra Gant*
                                                Sandra Gant