UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT KIEJZO, )<br>)<br>)<br>Defendant )<br>)<br>_____) | Criminal No. 20-40036-TSH |

**REPORT AFTER FINAL STATUS CONFERENCE**
**PURSUANT TO LOCAL RULE 116.5(c)**

April 15, 2022

Hennessy, M.J.

      Defendant is charged in an indictment with one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Defendant was arraigned by videoconference on October 2, 2020. The court held a final status conference on April 14, 2022 in Worcester, which counsel attended by telephone. I report as follows:

**Local Rule 116.5(c)(2)**

      The parties move for a pretrial conference before the district judge in order to resolve a pretrial motion to suppress evidence and to schedule a trial date. Accordingly, the file is ordered transferred to Judge Hillman.

    a. All discovery, other than discovery which is the subject of a pending discovery motion has been produced other than so-called 21-day materials.

    b. All discovery motions and requests have been resolved.

c.  Defendant intends to move to suppress evidence seized pursuant to a warrant and for a <u>Franks</u> hearing. I have set May 23, 2022 as the deadline for such motions. Because of existing commitments, the United States may need an enlargement of time to respond to the motion.

d.  The Court has excluded the period from October 2, 2020 (the date of Defendant's arraignment), through April 14, 2022 (the date of the Final Status Conference). The parties further agree that the period from April 14, 2022 through the Pretrial Conference should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that zero days are chargeable against the statutory speedy trial clock. <u>See</u> Order of Excludable Delay entered on this date.

e.  Trial would require one week.

**Local Rule 116.5(c)(3)**

Defendant is released on conditions.

Trial will involve the publication to the Court and jury of alleged child pornography.

I have adopted the parties' proposal that the Government's expert disclosures, if any, be due forty-five (45) days before trial, and that Defendant's expert disclosures, if any, be due twenty-one (21) days before trial.

Defendant does not intend to raise defenses of insanity, public authority, or alibi.

    / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge