UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 20-cr-40036-TSH |
| | ) | |
| | ) | |
| VINCENT KIEJZO | ) | |

**ASSENTED-TO MOTION TO FILE REDACTED COPY OF
DEFENDANT'S MOTION TO SUPPRESS AND TO FILE SUPPORTING EXHIBITS
UNDER SEAL**

Now comes the defendant Vincent Kiejzo and requests that the Court allow the defendant to file a redacted copy on the public docket of his Motion to Suppress and Request for Franks Hearing, and to file the unredacted memorandum and certain supporting exhibits under seal.

In support of this motion, the defendant states that his request is consistent with ¶ 5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31]. This request is also consistent with the redaction and/or sealing of other previously-filed, related materials. Pursuant to Local Rule 7.1, counsel conferred with the government prior to filing this motion, and understands that the government assents to the relief requested herein.

Respectfully submitted,

VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 23, 2022.

/s/ Sandra Gant
Sandra Gant