UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT KIEJZO )<br>) | DOCKET NO.: 20-cr-40036-TSH |

**DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

**EXHIBIT 18:**

FBI Documents
January, 2017

FD-302 (Rev. 5-8-10)

b7E -5

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/24/2017

Preliminary investigation of a TOR Hidden Service known as [redacted] was conducted by SA [redacted]

b6 -1
b7A -1
b7C -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted] *18 (twinks) and younger* [redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

[redacted]

b7A -1
b7E -4,5

| | |
|---|---|
| Investigation on 01/13/2017 at [redacted] | United States (In Person) |
| File # [redacted] | Date drafted 01/17/2017 |
| by [redacted] | |

b6 -1
b7C -1
b7E -5

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(21-cv-1130)-503

FD-340 (Rev. 4-11-03)

**File Number** _____

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** __4__

**Date Received** __1/13/2017__

**From** __SA__ ☐ _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

**By** __SA__ ☐ _____

To Be Returned ☐ Yes ☒ No
Receipt Given ☐ Yes ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☒ No
Federal Taxpayer Information (FTI)
☐ Yes ☒ No

Title:

**Reference:** __Preliminary Investigation of__ _____
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of

1x CD containing screenshots

Warning: Obscene Material

OBSCENE MA[...]

b7E -5
b6 -1
b7C -1
b6 -1
b7C -1
b7E -4

FBI(21-cv-1130)-1661