UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 20-cr-40036-TSH |
| ) | |
| ) | |
| VINCENT KIEJZO ) | |
| ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

Defendant, Vincent Kiejzo, respectfully requests leave of this Court to file a reply to the Government's Opposition to the Defendant's Motion to Suppress, filed yesterday (*see* D.E. 175). As grounds therefor, counsel seeks to address narrow issues raised in the government's opposition. To ensure that the matter is fully briefed in advance of any hearing or the court's decision, counsel for Mr. Kiejzo respectfully requests permission to file a reply. Undersigned counsel conferred with the government, through Assistant United States Attorney Kristen Noto, and understands that the government does not object to the defendant filing a reply in this case. Counsel requests that she be permitted to file the defendant's Reply on September 23, 2022, to accommodate co-counsel's trial schedule (set to begin September 12 in Boston) and counsel's other filing obligations and deadlines.

Respectfully submitted,

Date: 9/7/22

/s/ Sandra Gant
Sandra Gant, BBO # 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

/s/ Caitlin Jones

Caitlin Jones, MN ID # 0397519  
Federal Public Defender Office  
51 Sleeper Street, 5th Floor  
Boston, MA 02210  
Tel: 617-223-8061  
Tel: 617-223-8061  

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2022.

*/s/ Sandra Gant*  
Sandra Gant