UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>)<br>VINCENT KIEJZO                       ) | Docket No. 20-cr-40036-TSH |

**ASSENTED-TO MOTION TO SEAL AND TO FILE REDACTED COPY OF DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

Now comes the defendant Vincent Kiejzo and requests that the Court allow the defendant to file a redacted copy on the public docket of his Reply to Government's Opposition to Defendant's Motion to Suppress, and to file the unredacted memorandum under seal.

In support of this motion, the defendant states that his request is consistent with ¶ 5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31]. This request is also consistent with the redaction and/or sealing of other previously-filed, related materials. Pursuant to Local Rule 7.1, counsel conferred with the government prior to filing this motion, and understands that the government assents to the relief requested herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: 9/23/22 | VINCENT KIEJZO<br>By His Attorney,<br><br>*/s/ Sandra Gant*<br>Sandra Gant, B.B.O.# 680122<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 23, 2022.

                                              */s/ Sandra Gant*
                                              Sandra Gant