UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>)<br>VINCENT KIEJZO  ) | Docket No. 20-cr-40036-TSH |

**ASSENTED-TO MOTION TO SEAL AND TO FILE REDACTED COPY OF DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO SUPPRESS**

Now comes the defendant Vincent Kiejzo and requests that the Court allow the defendant to file a redacted copy on the public docket of his supplemental memorandum in support of his Motion to Suppress, and to file both the unredacted memorandum and supporting Exhibit A under seal.

In support of this motion, the defendant states that his request is consistent with ¶ 5 of the protective order approved by Magistrate Judge Hennessey in this case on November 13, 2020. [Dkt. 31]. This request is also consistent with the redaction and/or sealing of other previously-filed, related materials. Pursuant to Local Rule 7.1, counsel conferred with the government prior to filing this motion, and understands that the government assents to the relief requested herein.

DATED: 1/3/23

Respectfully submitted,

VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on January 3, 2023.

                                                */s/ Sandra Gant*
                                                Sandra Gant