UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 20-cr-40036-TSH |
| | ) |
| VINCENT KIEJZO, | ) |
| | ) |
| Defendant. | ) |

ASSENTED TO MOTION TO SET FILING DATE FOR GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S SUPPLEMENTAL MOTION TO SUPPRESS (D. 188)

Now comes the United States of America with the assent of the defendant, Vincent Kiejzo, to request that a February 10, 2023 filing date be set for the Government's response to the defendant's supplemental motion to suppress (D. 188). The government requests additional time to research the statement submitted by the Defendant in support of his supplemental motion, described as a statement posted on a Brazilian website, in Portuguese. In addition, the Government has provided the defendant with additional material, subject to protective order. The parties will benefit from additional time to discuss the significance of this supplemental discovery on the pending motion. The defendant, through Attorney Gant, is in agreement with the proposed filing date.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By: */s/Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: January 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ *Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney

Date: 1/27/23