

U.S. Department of Justice

*Rachael S. Rollins*
United States Attorney
District of Massachusetts

Main Reception: (508) 368-0100
Facsimile:         (508) 756-7120

Federal Building & Courthouse
595 Main Street, Suite 206
Worcester, Massachusetts  01608

January 27, 2023

Sandra Gant
Assistant Federal Public Defender
P.O. Box 51268
Boston, MA 02205

United States v. Vincent Kiejzo  20-cr-40036-TSH

Dear Attorney Gant:

In your supplemental memorandum in support of the defendant's motion to suppress (D. 188), you attached as Exhibit C the redacted complaint filed in *United States v. Kidder,* 1:21-cr-00118-LJV (W.D.N.Y). I am providing you a copy of the complaint without redactions (except for file names). Bates Number USAO_000102-112. Please note that this document is marked "Law Enforcement Sensitive" and is subject to the protective order previously issued in this case.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:*/s/Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA  01608

Date: January 27, 2023

Enclosure
CC: Martin Castles, Clerk for the Honorable Timothy Hillman (without enclosures)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                 /s/ *Kristen M. Noto*
                                                 Kristen M. Noto
                                                 Assistant U.S. Attorney

Date: 1/27/23