UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-cr-40036-TSH |
| | ) | |
| VINCENT KIEJZO, | ) | |
| | ) | |
| Defendant | ) | |

## ASSENTED TO MOTION TO SCHEDULE STATUS DATE AND EXCLUDE TIME

The United States of America, by Rachael S. Rollins, United States Attorney for the District of Massachusetts, and Kristen Noto, Assistant United States Attorney, respectfully requests that the Court schedule a status date during the afternoon of May 16, 17, 18, 22, 23 or 24, and enter an order that the time from March 21, 2023 through the status date is exculdable from the calculation of the time within which the trial in this case must begin pursuant to the Speedy Trial Act. The defendant, through Attorney Gant, assents to this motion.

On October 27, 2022 the Court heard arguments pertaining to the defendant's Motion to Suppress (D. 184) At that time, the Government made a motion to exclude time between the motion hearing and trial date, which was assented to by the defendant. D. 184. No trial date has been set. On March 21, 2023, the Court entered an order denying the defendant's motion to suppress. (D. 194) The parties have agreed on a status date in mid-May 2023. Excluding this period from the calculation of the time within which the trial must begin outweighs the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)((7)(A) and Local Rule 112.2, because it will allow sufficient time for defendant's counsel to review the motion decision and prepare the defendant to elect either a Rule 11 hearing or request a trial date.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:

KRISTEN M. NOTO
Assistant United States Attorney
595 Main Street
Worcester, MA 01608

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kristen M. Noto
Kristen M. Noto
Assistant United States Attorney

Date: March 22, 2023

2