# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Docket No. 20-cr-40036-TSH |
| ) | |
| ) | |
| VINCENT KIEJZO          ) | |
| ) | |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant, Vincent Kiejzo, and requests that this Honorable Court continue the status conference presently scheduled for May 17, 2023 to a date convenient to the court and the parties the week of May 22, 2023.[1] Undersigned counsel has conferred with Assistant U.S. Attorney Kristen Noto and understands that the government assents to this motion.

As grounds, undersigned counsel states that she is ill and unable to appear in court for the status conference scheduled for today, and requests a brief continuance to next week to be able to appear. The defendant agrees to exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. §3161, et seq., the period between May 17, 2023 and the newly scheduled status conference, and states that ends of justice served by continuing the matter in order to afford the parties sufficient time to fully litigate outstanding discovery issues, and to permit the defendant to file any additional discovery and/or substantive motions.

                                                Respectfully submitted,
                                                VINCENT KIEJZO
                                                By his Attorney,

                                                */s/ Sandra Gant*

---

[1] Undersigned counsel is available May 22, 24, 25, or 26; counsel for the government is otherwise available except the afternoon of May 25.

                                              Sandra Gant
                                              B.B.O.: 680122
                                              Assistant Federal Public Defender
                                              Federal Public Defender Office
                                              51 Sleeper Street, 5th Floor
                                              Boston, MA  02210
                                              Tel: 617-223-8061

## CERTIFICATE OF SERVICE

     I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 17, 2023.

                                              */s/ Sandra Gant*
                                              Sandra Gant