UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 20-cr-40036-TSH |
| ) | |
| ) | |
| VINCENT KIEJZO ) | |
| ) | |

### ASSENTED-TO MOTION TO MODIFY PRETRIAL RELEASE CONDITION

Now comes the defendant Vincent Kiejzo and hereby moves to modify his pretrial release condition of home confinement. Specifically, after consultation with Probation and with the assent of the government, Mr. Kiejzo moves to modify the condition regarding internet access (*see* D.E. # 19 at Addendum), as described below.

The condition, as presently ordered, reads: "Do not access the internet unless authorized by U.S. Probation and Pretrial Services." Mr. Kiejzo moves to modify this condition to add: "May access commercial television and movie streaming services, as approved by U.S. Probation and Pretrial Services, on television in living room area under supervision of, and in presence of, designated third party custodian."

Mr. Kiejzo has been supervised on conditions of release, including home detention, for over two-and-a-half years and has been in full compliance. Pursuant to Local Rule 7.1, counsel conferred with the government and understands that the government assents to this motion.

Respectfully submitted,
VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122

                                              Federal Public Defender Office
                                              51 Sleeper Street, 5th Floor
                                              Boston, MA 02210
                                              Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 25, 2023.

                                              <u>*/s/ Sandra Gant*</u>
                                              Sandra Gant