IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> VINCENT KIEJZO, <br><br> Defendant. | Case No.   20CR40036-TSH |

**ASSENTED-TO MOTION TO RESET FILING DATE**

The United States of America, by Joshua S. Levy, Acting U.S. Attorney, and Kristen M. Noto, Assistant U.S. Attorney, hereby moves the Court to amend the scheduling order regarding expert disclosure such that the Government's disclosures are due 30 days before trial and the defendant's are due 21 days before trial.   The amended schedule will allow the parties to focus on a pre-trial resolution of the case. The defendant assents to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSHUA S. LEVY
　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　By:　　*/s/ Kristen M. Noto*
　　　　　　　　　　　　　　　Kristen M. Noto
　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: 10/18/2023

1

CERTIFICATE OF SERVICE

       This is to certify that I have served counsel of record for the Defendant a copy of the foregoing document by email and ECF.

                                             /s/ *Kristen M. Noto*
                                             Kristen M. Noto
                                             Assistant U.S. Attorney

Dated: 10/18/2023