UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 4:20-cr-40036-TSH |
| | ) | |
| VINCENT KIEJZO | ) | |

**ASSENTED-TO MOTION FOR RULE 11 HEARING AND TO
CANCEL PRETRIAL DEADLINES AND JURY TRIAL**

The Defendant, Vincent Kiejzo, respectfully moves this court to schedule a Rule 11 hearing, and to cancel the jury trial date and pretrial deadlines in this case. Defense counsel has conferred with counsel for the government, Kristen Noto, and understands that the government assents to this motion.

As grounds, undersigned counsel has discussed the case with Mr. Kiejzo, and understands that Mr. Kiejzo intends to tender a change of plea. With the government's assent, he requests that the December 4, 2023 trial date be canceled and converted to a Rule 11 hearing for the same date.

Dated: 11/13/23

Respectfully submitted,
VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on November 13, 2023.

                                             */s/ Sandra Gant*
                                             Sandra Gant