UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 20-cr-40036-TSH |
| | ) |
| VINCENT KIEJZO, | ) |
| | ) |
| Defendant. | ) |

ASSENTED TO MOTION TO RESCHEDULE SENTENCING HEARING

The United States of America hereby requests that the sentencing hearing scheduled for April 4, 2024 be advanced to 2PM on April 3, 2024. As reasons therefore, the prosecutor has a conflict on April 4. The defendant, through Attorney Gant, assents to this request.

Respectfully submitted,

JOSHUA S. LEVY
ACTING UNITED STATES ATTORNEY

By: */s/Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street, Suite 206
Worcester, MA   01608

Date: March 15, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                /s/ *Kristen M. Noto*
                                                Kristen M. Noto
                                                Assistant U.S. Attorney

Date: March 15, 2024