UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT KIEJZO )<br>) | DOCKET NO.: 4:20-cr-40036-MRG |

### ASSENTED-TO MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF TWENTY PAGES

Now comes the defendant Vincent Kiejzo and hereby moves, pursuant to Local Rule 7.1(b)(4), for permission to file a sentencing memorandum in excess of twenty pages in this matter. In support of this motion, counsel for Mr. Kiejzo states that in order to properly and thoroughly marshal the facts and apply the law relative to sentencing and mitigation, she requests leave to file a brief in excess of twenty pages. Pursuant to Local Rule 7.1, counsel conferred with AUSA Kristen Noto and understands that the government assents to this motion.

Therefore, defendant moves for leave to file his sentencing memorandum in excess of twenty pages.

Respectfully submitted,
VINCENT KIEJZO
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant, B.B.O.# 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 26, 2024.

                                                */s/ Sandra Gant*
                                                Sandra Gant