Alexander Kiejzo
Milford, MA  01757

February 20, 2024

To:  The Honorable Judge Margaret Guzman

Dear Judge Guzman,

I am Vinnie's father and am submitting this character reference for my son.  I respect that Vinnie has plead guilty to the crime he has committed and will ultimately be sentenced, but would like to offer another side of my son for consideration that may be missing outside of the courtroom proceedings and what has been reported all across the media.

Vinnie is one of my two children, the other a daughter Lianne two years his junior.  Although we had some challenges after his mother left him at age 11, Vinnie was always mature for his age.  I always likened him to 11 going on 40.  As I worked 50 miles away at the time and had to leave early, Vinnie made sure he and his sister always got ready and were out the door everyday in time for school.

In high school not only was he a good student, during his Junior and Senior years he completed an internship with Milford's School Superintendent, Tom Davoren. As part of this internship, he created the **Academic Excellence Program** in the high school where high school honor roll students mentored elementary age students.  This program was very popular with Milford's parents and usually filled to capacity.  The program was also reviewed and lauded by Senator John Kerry on a visit to Milford.

Vinnie's goal was to become a teacher in Milford's school system and he completed his education at Becker college, graduating with honors.  During his tenure as a teacher, he was awarded the Blackstone Valley Superintendents Consortium Award for Innovative Teaching Practices.  As a day to day teacher he was considered an asset to the school he worked in, offering many of the teachers technical support in addition to his teaching duties.  At that time, he was well liked and respected by everyone for everything he had done for the school and its teachers.

Outside of work, Vinnie was a member of Milford's Cultural Council, the Draper Park War Memorial Restoration Committee and the Milford Massachusetts Foundation for Education.  A non-profit charitable organization for the schools in Milford.  He was also an active member of the Sacred Heart Church in Milford where he attended mass, taught CCD and helped with various church programs.

I would like to thank the court for allowing me to present this character reference which presents the positive side of Vinnie's character.  I would ask that my son's positives to the Milford community be taken into consideration for his sentencing.  He is a smart, well educated man that has a lot to offer society when he is integrated back into community life.

Lastly, Vinnie stayed in my home under strict pretrial release conditions/home detention for over 3 years, fully complying with all conditions that were imposed.  I would still be available to support him in my home when he is released.

Sincerely,

Alexander (Al) Kiejzo