Dear Honorable Court:

Vinnie's mother, Laurie, and Russ are brother and sister.  Vinnie and his family have always been in our lives.

As a youngster I remember Vinnie as a quiet and well-mannered little boy…always a pleasure to have around.

As he matured, and could get himself here, we looked forward to his visits, which were frequent. He always arrived with delicious desserts for all. We would watch a movie together or just sit and chat.

He was very enthusiastic about his teaching career. We had the opportunity to visit his classroom before the start of school. He had built out both hands-on and hi-tech equipment to help his students. We also spent a morning in his classroom while in session. His students seemed very receptive to his style of teaching.  He was patient and understanding.

We always felt that Vinnie had such a bright and promising future ahead of him.

We feel certain that a major difficulty or hurdle for Vinnie was trying to understand and accept the fact that his mother was no longer in his life.  She had walked away from him and the rest of the family when he was just a young child. This was not a topic he ever talked about. But one can only imagine what he went through emotionally.

Vinnie learns from his mistakes. We feel that when he is given the opportunity to have a new start, he will be productive and willing to give back to society.


Russell Doucette (Uncle)

Joan Doucette (Aunt)

Framingham MA. 01701