Mrs. Judith Brennan
Milford, MA  01757

Date: April 8, 2024

To:  The Honorable Judge Margaret Guzman

Subject: Character reference letter for Vincent Kiejzo

Dear Judge Margaret Guzman,

I am writing this letter to provide a character reference for Mr. Vincent Kiejzo.   I am providing this reference in full knowledge of Mr. Kiejzo's charges and that he pled guilty.

I came to know Vincent through his father whom I've known for ten years.  Through those years, I have seen many kind, considerate, and polite gestures performed by him.  For example, I am 68 and disabled. When I went to Vincent's grandmother's wake and funeral, Vincent went out of his way to escort me to the actual grave.  I did not have to ask him: he recognized that I would need assistance and came right over to me.  Without his help, I might not have been able to get close enough to pay my respects.  This is only one occasion, but it was very meaningful to me. He also has helped me through the years with various technical and personal computer issues. He does this willingly.

I have seen firsthand the countless hours Vincent has worked at home to make his classroom lessons more meaningful to his students. He planted flowers at home and cared for them until May so that the children would have a Mother's Day gift.

Vincent also took an entire family out to the local bowling alley after their father's suicide to brighten their day.  This is something few people would do.

I understand how difficult this decision is when you don't actually know the person standing in front of you.  I hope you see this letter and any others you received and consider Vincent the kind of person whom people rally around. I hope you will give him a second chance.

Thank you for considering my thoughts.

Signed,
Judith Brennan