UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No:  20-cr-40036 |
| ) | |
| VINCENT KIEJZO,   ) | |
| ) | |
| Defendant. | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the government to file the Victim Impact Statements and restitution requests submitted by or on behalf of several identified victims in this case under seal.  As reason therefor, the government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victims' privacy interests outweigh the public's interest in free access to the documents.  The materials have been provided to counsel for the defendant, who assents to this motion to file the materials under seal.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ *Kristen M. Noto*
Kristen M. Noto
Assistant United States Attorney

Date: May 14, 2024

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| Dated: May 14, 2024 | /s/ Kristen M. Noto<br>Assistant United States Attorney |