UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CR40036-DHH |
| | ) | |
| VINCENT KIEJZO | ) | |
| Defendant. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of Alexandra Amrhein, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
One Courthouse Way Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Alexandra.Amrhein@usdoj.gov

Date: August 28, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, this document was filed through the ECF system and sent electronically to any registered participants, and a paper copy was sent by mail to Vincent Kiejzo located in Milford, MA.

Date:  August 28, 2024                                    /s/ Alexandra W. Amrhein
Alexandra W. Amrhein
Assistant United States Attorney