UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CR40036-DHH |
| | ) | |
| VINCENT KIEJZO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MA TEACHERS' RETIREMENT SYSTEM, | ) | |
| | ) | |
| Garnishee. | ) | |

## **WRIT OF GARNISHMENT**

TO:    MA Teachers' Retirement System
       Charlestown, MA

The United States of America believes you to be in possession or control of funds or property belonging to the Defendant, Vincent Kiejzo (hereinafter "Kiejzo") and that he has a substantial nonexempt interest.

On May 15, 2024, judgment entered in the United States District Court for the District of Massachusetts against Kiejzo**,** social security number \*\*\*-\*\*-2788, last known address in Milford, MA, who is indebted for the judgment amount of $43,600.00, plus accrued interest at the rate of 5.17 percent per annum.  The current total balance is $44,153.01.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Kiejzo, including disposable income, and, if so, you must describe such property and the value of such interest.  You must then describe any previous garnishments to which such property is subject and

the extent to which any remaining property is not exempt.  Property that is exempt from this Writ is listed on the attached Claim for Exemption Form. You must also state the amount of debt, if any, you anticipate owing to Kiejzo in the future and the type of payment schedule.

**You must immediately withhold and retain any property in which Kiejzo has a substantial nonexempt interest and for which you are or may become indebted to Kiejzo pending further order of the Court.  This includes any new property of Kiejzo's over which you obtain control or possession while this Writ is in effect. This Writ shall apply to any and all accounts for which Kiejzo is signatory, including joint accounts.**

You must file, **within ten (10) days** of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210.  You must also serve a copy of your answer to this Writ upon both Kiejzo, located in Milford, MA and, Assistant U.S. Attorney Alexandra W. Amrhein  located at the U.S. Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA  02210.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date.

If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Kiejzo's non-exempt property.  It is illegal to pay or deliver to Kiejzo any item attached by this Writ.


ROBERT M. FARRELL
Clerk, United States District Court

By:

_____
Deputy Clerk

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CR40036-DHH |
| | ) | |
| VINCENT KIEJZO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MA TEACHERS' RETIREMENT SYSTEM, | ) | |
| | ) | |
| Garnishee. | ) | |

## **ANSWER OF THE GARNISHEE**

_____, being duly sworn deposes and says:

         (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.

     (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he is the _____ (State official title) of Garnishee,

a corporation, organized under the laws of the State of _____.

On _____, 20_____, Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect?     Yes _____     No _____

    If the answer is yes, describe below. _____

_____

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property (include full name(s) on accounts) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

The Garnishee mailed a copy of this answer by first-class mail to: (1) Vincent Kiejzo (2) Assistant U.S. Attorney Alexandra W. Amrhein.

_____
Garnishee

Subscribed and sworn to before me this _____ day of _____.

_____
Notary Public

My Commission expires:

## INSTRUCTIONS TO THE GARNISHEE

Pursuant to the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205(c)(3)(A), the United States of America serves the following instructions upon Garnishee with a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the funds and/or property of the Defendant listed therein, or any other property of the Defendant.

2. You are required by law to serve a written answer to this Writ **within ten (10) days** of the service of this Writ.  You are further required to withhold and retain any property, in which the Defendant has a substantial non-exempt interest.

3. **DO NOT SEND FUNDS AND/OR PROPERTY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH FUNDS AND/OR PROPERTY PENDING THE ISSUANCE/APPROVAL OF THE FINAL ORDER.**  When an ORDER OF GARNISHMENT is issued/approved in this matter, you will be served with a copy of that order with instructions as to where to send the garnishment payment(s).

4. If you fail to answer this Writ or to immediately withhold property in accordance with the Writ, the Court may find you liable for that amount of the Defendant's non-exempt property which you failed to withhold.  Additionally, you may be held liable for a reasonable attorney's fee to the United States of America if the United States filed a petition to the Court requesting an explanation for your failure to comply with this Writ.

5. A form answer has been included with these instructions for your use, should you desire to use it.  You are not required to use the form answer.  If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment.  Copies of your answer must be mailed to the United States Attorney's Office and the Defendant.

6. If you have any additional questions concerning this procedure, please call the United States Attorney's Office, Asset Recovery Unit, at telephone number (617) 748-3100, or by mail to: United States Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA  02210.  The United States Attorney's Office cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney.

*If you are unsure how to proceed, you may want to consult an attorney.*