FILED
IN CLERK'S OFFICE

2024 OCT -7 PM 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:20-CR-40036-MRG |
| VINCENT KIEJZO, | ) |
| Defendant, | ) |
| and | ) |
| MA TEACHERS' RETIREMENT SYSTEM, | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

__James O'Leary__, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he is the _____ (State official title) of Garnishee, a corporation, organized under the laws of the State of _____.

Garnishee is General Counsel of Massachusetts Teachers Retirement System, a governmental pension system for public Employees governed by M.G.L. chapter 32. MTRS is a Massachusetts state Agency located within the Commonwealths sec retariat of Administration & Finance

On  September 26 , 20 24 , Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect?   Yes ____   No ✓

   If the answer is yes, describe below. _____

   _____

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property (include full name(s) on accounts) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Compulsory Deductions from pay under G.L.c. 32 | 52,506 | These are wages. Section 19 of chapter 32 prohibits assignment or attachment except for Taxes & Alimony/Support |
| 2. | | |
| 3. | | |
| 4. | | |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ unknown | Mr. Kiejzo has approximately 11 years of service. upon vesting at age 55, he ~~may~~ may be eligible for a lifetime retirement benefit worth far more than The balance of his contributions. Conviction of child pornography possession on a privately owned computer does not enable us to forfeit a Teachers pension under current Massachusetts Law. MTRS has sponsored bills to change this for several years. |
| 2. $ | |
| 3. $ | |
| 4. $ | |

The Garnishee mailed a copy of this answer by first-class mail to: (1) Vincent Kiejzo (2) Assistant U.S. Attorney Alexandra W. Amrhein.

_James O'Leary, General Counsel  MTRS_
Garnishee

Subscribed and sworn to before me this __4TH__ day of __October 2024__.

_____
Notary Public

My Commission expires: