UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:20CR40036-MRG |
| VINCENT KIEJZO, | ) |
| Defendant, | ) |
| and | ) |
| MA TEACHERS' RETIREMENT SYSTEM, | ) |
| Garnishee. | ) |

## ASSENTED TO MOTION FOR ORDER OF GARNISHMENT

The United States of America, with the assent of the Defendant, respectfully requests that this Court enter an Order of Garnishment pursuant to 28 U.S.C. § 3205 against the Defendant, Vincent Kiejzo, upon the Garnishee, MA Teachers' Retirement System, directing that funds held pursuant to the previously issued Writ be disbursed by the Garnishee for payment towards the Defendant's outstanding judgment debt. A proposed Order of Garnishment is submitted herewith.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Date: November 18, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2024, this document was filed through the ECF system and sent electronically to any registered participants, and a paper copy was sent by mail to Vincent Kiejzo, via his attorney Sandra Gant, located in Boston, MA, and sent to MA Teachers' Retirement System located in Charlestown, MA.

                                    /s/ Alexandra W. Amrhein
                                    ALEXANDRA W. AMRHEIN
                                    Assistant United States Attorney

Date: November 18, 2024

## CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)

      I hereby certify that I have conferred with counsel for the Defendant who has assented to the relief requested in this motion.

                                    /s/ Alexandra W. Amrhein
                                  ALEXANDRA W. AMRHEIN
                                  Assistant United States Attorney

Date: November 18, 2024