UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:20CR40036-MRG |
| VINCENT KIEJZO, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| MA TEACHERS' RETIREMENT SYSTEM, | ) ) ) |
| Garnishee. | |

## ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, MA Teachers' Retirement System, after withholding funds sufficient to pay any estimated taxes and penalties, is to disburse funds in which the Defendant, Vincent Kiejzo, holds a nonexempt interest, an amount totaling $41,991.48, to the Clerk of Court, c/o United States District Court, Clerk's Office, One Courthouse Way, Suite 2300, Boston, MA 02210, for application to the Defendant's judgment debt balance.

APPROVED:                                           SO ORDERED:

                                                    ROBERT M. FARRELL
                                                    Clerk, United States District Court

_____        By:  _____
MARGARET R. GUZMAN                          Deputy Clerk
United States District Judge

Dated: