UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CR40036-MRG |
| | ) | |
| VINCENT KIEJZO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MA TEACHERS' RETIREMENT | ) | |
| SYSTEM, | ) | |
| | ) | |
| Garnishee. | | |

## ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, MA Teachers' Retirement System,

after withholding funds sufficient to pay any estimated taxes and penalties, is to disburse funds in

which the Defendant, Vincent Kiejzo, holds a nonexempt interest, an amount totaling

$45,144.51, to the Clerk of Court, c/o United States District Court, Clerk's Office, One

Courthouse Way, Suite 2300, Boston, MA 02210, for application to the Defendant's judgment

debt balance.

APPROVED:                                           SO ORDERED:

                                                    ROBERT M. FARRELL
                                                    Clerk, United States District Court

_____   By:   _____
MARGARET R. GUZMAN                       Deputy Clerk
United States District Judge

Dated:  March 13, 2025